UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19CR081 |
| Plaintiff, | : | JUDGE DLOTT |
| v. | : | **UNITED STATES MOTION TO SEAL CASE** |
| ANTHONY RATTINI (1) | : | |
| JAMES BARCLAY (2) | : | |
| DEVONNA MILLER-WEST (3) | : | |
| SAMUEL R. BALLENGEE (4) | : | |
| and | : | |
| MIAMI-LUKEN, INC. (5) | : | |
| Defendants. | : | |

The United States Attorney respectfully requests that the Clerk be ordered to seal all documents in this case and that no person shall disclose their existence until further order of the Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Timothy D. Oakley
TIMOTHY D. OAKLEY (0039965)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Tim.Oakley@usdoj.gov

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that all documents in this case be sealed and that no person shall disclose their existence until further order of this Court.

_7/17/19_
DATE

_Stephanie K Bowman_
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE