# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 JUL 18 PM 1:59

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 1:19-CR-081 |
| Plaintiff, | : |
| vs. | : |
| ANTHONY RATTINI (1), JAMES BARCLAY (2), DEVONNA MILLER-WEST (3), SAMUEL R. BALLENGEE (4), and MIAMI-LUKEN, INC. (5), | : **MOTION TO UNSEAL CASE** |
| Defendants. | : |

Now comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the above-entitled case be unsealed.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/Timothy D. Oakley*
TIMOTHY D. OAKLEY (0039965)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Tim.Oakley@usdoj.gov

Upon the Motion of the United States and for good cause shown, it is hereby **ORDERED** this case be unsealed.

7/18/19
DATE

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES DISTRICT MAGISTRATE JUDGE