IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-81 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| ANTHONY RATTINI, *et al.*, | **ORDER** |
| Defendants. | |

This matter is before the Court following a telephonic status conference on September 15, 2021 with the Government's counsel and counsel for each of the Defendants. During the conference, the parties' counsel updated the Court regarding the status of discovery and case management issues. Due to counsel's schedule, Attorney William J. Hughes, Jr. orally moved the Court for an extension of the final pretrial conference. No other party objected. Accordingly, the Court **GRANTED** counsel's motion, and the final pretrial conference is **RESET** to December 6, 2021 at 2:30 P.M. in Courtroom 1.

The Court also noted its previous complex case designation and found that the case continues to meet the criteria for such designation. Accordingly, based on the nature and complexity of the case, the magnitude and complexity of discovery, the additional time necessary for effective trial preparation, and the Court being satisfied that counsel have been working diligently, the Court finds that the ends of justice continue to be served by extending the continuance of this matter, and these interests outweigh the best

interest of the public and Defendants to a speedy trial. Accordingly, the period from September 15, 2021 to the scheduled trial date of January 5, 2022 therefore shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii) and (h)(1)(D) and (H).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE